**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Abdelhamid SEDRATI, Defendant–Appellant.**

No. 09–2778.

United States Court of Appeals, Seventh Circuit.

Submitted Feb. 11, 2010.*

Decided Feb. 17, 2010.

John A. Meyer, Attorney, Chicago, IL, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, DANIEL A. MANION, Circuit Judge, TERENCE T. EVANS, Circuit Judge.

#### Order

Appellant's brief presents a single contention: that *United States v. Demaree*, 459 F.3d 791 (7th Cir.2006), should be overruled. *Demaree* holds that a district judge must use the sentencing manual that is in force on the date of sentencing, and that doing so does not violate the Ex Post Facto Clause. We have been asked many

---

* After examining the briefs and the record, we have concluded that oral argument is unnec- essary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

times to reconsider *Demaree* and have just as often declined. Appellant does not present a new argument, so there is no reason for this court to give this issue further consideration. Appellant has preserved his contentions for presentation to the Supreme Court. Given *Demaree,* appellant's sentence is unexceptionable. The judgment therefore is affirmed.